UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| DREW WELBOURN,<br><br>      Plaintiff,<br><br>v.<br><br>PIONEER CREDIT RECOVERY, INC.,<br><br>      Defendant. | **VERIFIED COMPLAINT**<br>(Unlawful Debt Collection Practices) |

## PLAINTIFF'S VERIFIED COMPLAINT

DREW WELBOURN (Plaintiff), through attorneys, KROHN & MOSS, LTD., alleges the following against PIONEER CREDIT RECOVERY, INC. (Defendant):

### INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, 15 U.S.C. 1692 et seq. (FDCPA).

### JURISDICTION AND VENUE

2. Jurisdiction of this Court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Defendant conducts business in the state of Florida; therefore, personal jurisdiction is established.

4. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

### PARTIES

5. Plaintiff is a natural person residing in Sarasota, Sarasota County, Florida.

6. Plaintiff is a consumer as that term is defined by 15 U.S.C. 1692a(3), and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. 1692a(5).

1

7. Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6), and sought to collect a consumer debt from Plaintiff.

8. Plaintiff is informed and believes, and thereon alleges, that Defendant is a collections business with an office in Arcade, New York.

9. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

10. In or around August of 2011, Defendant began placing calls to Plaintiff seeking and demanding payment on an alleged debt.

11. Defendant calls Plaintiff from 877-907-1820, and possibly other numbers also.

12. Plaintiff typically receives calls from Defendant's representative, one Kela Barker.

13. Defendant attempts to reach Plaintiff in connection with the alleged debt at various locations, including the home of his parents and to the front desk at his place of employment.

14. Since the very earliest calls, Plaintiff has explicitly informed Defendant that he may not receive such calls at his place of employment, and that further calls cease.

15. Despite the foregoing, Defendant continued to call Plaintiff at his place of employment, including no less than three calls subsequent to being clearly informed that Plaintiff may not receive such calls at work.

## COUNT I:
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

16. Defendant violated the FDCPA based on, but not limited to, the following:

   a. Defendant violated §1692c(a)(3) of the FDCPA by communicating with the consumer at the consumer's place of employment, while knowing or having reason to know that the consumer's employer prohibits the consumer from receiving such communication;

    b. Defendant violated §1692d of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, or abuse any person in connection with the collection of a debt;

    c. Defendant violated §1692d(5) of the FDCPA by causing a telephone to ring or engaging any person in telephone conversation repeatedly or continuously with intent to annoy, abuse, or harass any person called at that number.

WHEREFORE, Plaintiff, DREW WELBOURN, respectfully requests judgment be entered against Defendant, PIONEER CREDIT RECOVERY, INC., for the following:

17. Statutory damages of $1000.00 pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k;

18. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k;

19. Actual damages, and

20. Any other relief this Court deems appropriate.

                            RESPECTFULLY SUBMITTED,

                            By: _____
                            Shireen Hormozdi
                            KROHN & MOSS, LTD.
                            10474 Santa Monica Blvd. Suite 401
                            Los Angeles, CA 90025
                            PH: 323-988-2400
                            Shormozdi@consumerlawcenter.com
                            Attorneys for Plaintiff.

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF FLORIDA      )
                      )
COUNTY OF Sarasota )

Plaintiff, DREW WELBOURN, states the following:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, DREW WELBOURN, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

10/31/11
Date

DREW WELBOURN